UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID CLEGG and SHARON ALLEN,

      Plaintiffs,                    CASE NO.: 4:10cv81-RH/WCS

v.

DEPARTMENT OF JUVENILE JUSTICE
and GULF COAST TREATMENT CENTER,    PLAINTIFFS' UNOPPOSED
INC., ASHER ZASLAW, JOHANA PEREZ,    MOTION FOR ORDER
KEITH WILLIAMS, KELBY RAMER,          ENLARGING TIME FOR
DONNA BAREFOOT, LOURDES QUIRAY,      DISCLOSURE AND DEPOSITIONS
and ROBERT ELLIS,                       OF EXPERTS, AND FOR FILING
                                              SUMMARY JUDGMENT MOTIONS
      Defendants.                      AND PERTINENT RESPONSES

_____/

      All discovery is scheduled to be completed by November 30, 2010. For the reasons set forth herein, Plaintiffs believe that good cause exists to extend to November 23 the time for disclosure of Plaintiffs expert information, to extent to December 19 the deadline for disclosure of defense experts, to extend until December 31 the time for completing expert discovery, and to extend until January 15 submission of summary judgment motions [with appropriate extensions thereafter for responses and replies]. Defendants have no objection for the reasons set forth herein.

      1. The defendants have completed the deposition of Plaintiff Sharon Allen, and began the deposition of Plaintiff David Clegg. That deposition was adjourned by the unilateral

action of Plaintiff Clegg leaving after a brief time, indicating he did not feel he could answer questions that day.

2. Plaintiffs are making arrangements for an evaluation of the Plaintiff by a neuropsychologist to determine what accommodations are necessary to allow the questioning of the Plaintiff to proceed in a proper manner without inappropriate pressure on Plaintiff Clegg.

3. Lead counsel for the Plaintiffs remains a candidate for an open Circuit Court position here in the Second Judicial Circuit; the runoff election is set for November 2, 2010, and the number of campaign events, combined with the inability of Plaintiff Clegg to complete his deposition as scheduled on August 30, has kept Plaintiffs counsel from being able to finalize expert selection.

4. While the parties appreciate the opportunity to move the case more expeditiously, the schedules of counsel regrettably do not permit that to happen without detriment to the clients of said counsel in the case at bar.

5. The undersigned counsel has spoken with defense counsel, who have no objection to the granting of this motion.

6. Pursuant to Fla. R. Civ. P. 6(b), this Court has broad discretion to extend the time for discovery.  See <u>Moore v. Potter</u>, 141 Fed. Appx. 803, 807 (11th Cir. 2005)(for cause

shown, the district court may order an extension of time to comply with a required act if a request is made before the expiration of the period originally prescribed).

7. The parties anticipate being able to complete all fact discovery by the current November 30 deadline.

8. The September 1 deadline for disclosure of Plaintiffs' expert information can not be met without completion of at least Plaintiff Clegg's deposition, which now cannot be finalized until the evaluation is completed before the end of October. Plaintiffs anticipate the completion of Plaintiff Clegg's deposition and the defense fact depositions during the week of November 8th and November 15th; mediation is set for November 23rd.

WHEREFORE, good cause having been shown, Plaintiffs request without objection that the expert disclosure and deposition deadlines be enlarged as set forth above, and the summary judgment deadlines in the case management report ratified.

> GIEVERS, P.A.
> Counsel for Plaintiff
>
> /s/ KAREN GIEVERS
> KAREN GIEVERS
> Fla. Bar No.: 262005
> 524 E. College Ave
> Suite 2
> Tallahassee, FL 32301
> T - 850-222-1961

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and/or mailed this __30th__ day of September, 2010 to all parties on the service list.

/s/ KAREN GIEVERS
KAREN GIEVERS
Fla. Bar No.: 262005

SERVICE LIST

Roy D. Wasson, Esq.
Annabel C. Majewski, Esq.
Co-counsel for Plaintiff
Wasson & Associates
Courthouse Plaza - Suite 600
28 West Flagler Street
Miami, FL 33130
T - 305-666-5053
F - 305-666-9511
roy@wassonandassociates.com

John S. Stevens, Esq.
Jonathan C. Abel, Esq.
Counsel for Defendants
Conroy, Simberg, Ganon, Krevans,
   Abel, Lurvey, Morrow & Schefer
3440 Hollywood Blvd.
Second Floor
Hollywood, FL 33021
T - 954-518-1400
F - 954-518-8640
jstevens@conroysimberg.com
jabel@conroysimberg.com

Michael J. Thomas, Esq.
Counsel for Quiray
Pennington, Moore, Wilkinson,
   Bell & Dunbar
215 S. Monroe St.
2nd Floor
Tallahassee, FL 32301
T - 850-222-3533
F - 850-222-2126
mike@penningtonlaw.com