# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

DAVID CLEGG et al.,

      Plaintiffs,

v.                          CASE NO. 4:10cv81-RH/WCS

DEPARTMENT OF JUVENILE
JUSTICE et al.,

      Defendants.

_____/


## ORDER EXTENDING EXPERT AND SUMMARY-JUDGMENT
## DEADLINES AND CONTINUING THE TRIAL


The plaintiffs' unopposed motion, ECF No. 46, to extend specific deadlines is GRANTED.  The deadline for the plaintiffs' Federal Rule of Civil Procedure 26(a)(2) disclosures is extended to November 23, 2010.  The deadline for defendants' 26(a)(2) disclosures is extended to December 19, 2010.  The deadline for fact discovery remains November 30, 2010.  Depositions of experts may be taken until December 31, 2010.  The deadline for filing a summary-judgment motion is extended to January 14, 2011.  In order to accommodate the new summary-judgment deadline, the trial is rescheduled for the two-week trial period

that begins on Monday, March 7, 2011.  The deadlines to begin and complete

mediation remain December 14 and December 28, 2010.

SO ORDERED on October 7, 2010.

s/Robert L. Hinkle
United States District Judge