UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID CLEGG and SHARON ALLEN,

    Plaintiffs,   CASE NO.: 4:10cv81-RH/WCS

v.

DEPARTMENT OF JUVENILE JUSTICE
and GULF COAST TREATMENT CENTER,   PLAINTIFFS' UNOPPOSED
INC., ASHER ZASLAW, JOHANA PEREZ,   MOTION FOR ENLARGEMENT
KEITH WILLIAMS, KELBY RAMER,   OF ALL DEADLINES
DONNA BAREFOOT, LOURDES QUIRAY,
and ROBERT ELLIS,

    Defendants.
_____/

    Plaintiffs respectfully move the Court to extend for three months all remaining deadlines for discovery, mediation and the trial to allow for Plaintiffs to retain substitute trial counsel. As grounds, Plaintiffs state:

    1. Plaintiffs' lead counsel was elected as a circuit judge for the Second Judicial Circuit.

    2. As a result of the election, and information obtained from the Chief Judge of the Second Judicial Circuit and the Trial Court Administrator's office in the Second Judicial Circuit, it is clear that time needed to complete discovery and mediation is not available to lead counsel.

3. There are several depositions scheduled to be taken in the next ten days, beginning on November 11, 2010 but Plaintiff's counsel is unable to cover them at this juncture, and Plaintiff's counsel is unable to cover the pending November 23 mediation.

4. Plaintiff's counsel has notified the Plaintiffs that they need to obtain replacement counsel. For replacement counsel to be located and have time to familiarize themselves with the file, a postponement of the pending mediation date and other deadlines [November 30 for completion of discovery and trial date set for March 7, 2011] should take place, so that the currect deadlines are moved back by three months.

5. The undersigned has personally spoken with defense counsel Jonathan Abel who has no objection to the entry of an order moving the trial date and correspondingly extending the discovery deadlines by three months; defense counsel Michael Thomas has also advised that he has no objection.

WHEREFORE Plaintiffs request entry of an order extending the November 30 discovery deadline to February 28 and adjusting by three months the trial date and other related deadlines, and allowing such further relief as the Court deems appropriate.

KAREN A. GIEVERS
PROFESSIONAL ASSOCIATION

> Respectfully submitted,
>
> GIEVERS, P.A.
> Counsel for Plaintiff
>
> /s/ KAREN GIEVERS
> KAREN GIEVERS
> Fla. Bar No.: 262005
> 524 E. College Ave
> Suite 2
> Tallahassee, FL 32301
> T - 850-222-1961

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and/or mailed this 8th day of November, 2010 to all parties on the service list.

/s/ KAREN GIEVERS
KAREN GIEVERS
Fla. Bar No.: 262005

SERVICE LIST

Roy D. Wasson, Esq.
Annabel C. Majewski, Esq.
Co-counsel for Plaintiff
Wasson & Associates
Courthouse Plaza - Suite 600
28 West Flagler Street
Miami, FL 33130
T - 305-666-5053
F - 305-666-9511
roy@wassonandassociates.com

John S. Stevens, Esq.
Jonathan C. Abel, Esq.
Counsel for Defendants
Conroy, Simberg, Ganon, Krevans,
   Abel, Lurvey, Morrow & Schefer
3440 Hollywood Blvd.
Second Floor
Hollywood, FL 33021
T - 954-518-1400
F - 954-518-8640
jstevens@conroysimberg.com
jabel@conroysimberg.com

Michael J. Thomas, Esq.
Counsel for Quiray
Pennington, Moore, Wilkinson,
   Bell & Dunbar
215 S. Monroe St.
2nd Floor
Tallahassee, FL 32301
T - 850-222-3533
F - 850-222-2126
mike@penningtonlaw.com