IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID CLEGG et al.,

    Plaintiffs,

v.                              CASE NO. 4:10cv81-RH/WCS

DEPARTMENT OF JUVENILE
JUSTICE et al.,

    Defendants.

_____/


**ORDER REVISING THE SCHEDULE AND**
**GRANTING LEAVE TO WITHDRAW — GIEVERS**


The plaintiffs' lead attorney has been elected to the position of state circuit judge.  She thus will have to withdraw.  As a result, the plaintiffs have moved to extend all deadlines and continue the trial.  This order grants the motion and sets procedures for dealing with the impending withdrawal of the plaintiffs' lead attorney.

IT IS ORDERED:

1.  The plaintiffs' attorney Karen A. Gievers is granted leave to withdraw effective as of the date when she takes the oath of office as a state judge.  The

plaintiffs must file a notice of that date either before or within five days after that date.

      2.  The plaintiffs' attorney Roy D. Wasson remains in the case.  An additional attorney may appear for a plaintiff at any time, but an attorney's appearance after December 21, 2010, will not be grounds for a further extension of deadlines or continuance of the trial.

      3.  A party may file by December 21, 2010, a motion to amend the schedule established by this order.  Unless a timely motion is filed and granted, the case will go forward on the schedule established by this order.

      4.  All deadlines that have not passed are extended 91 days—that is, 13 weeks.

      5.  The trial is continued to the two-week trial period that begins on Monday, June 6, 2011.  A party with a conflict during that trial period must file a notice by December 21, 2010.

      6.  By separate notice, the clerk must reschedule the pretrial conference.

SO ORDERED on November 9, 2010.

                                        s/Robert L. Hinkle
                                        United States District Judge